ENTERED ON DOCKET
AUG 3 0 1999 PURSUANT

IN THE UNITED STATES DISTRICT COURT TO FRCP RULES 56 & 79a
FOR THE DISTRICT OF PUERTO RICO

MYRIAM FELICIANO VEGA, et al.   *
                                *
Plaintiff                       *   Civil No. 98-1030(SEC)
                                *
v.                              *
                                *
LIFETIME PRODUCTS, INC., et al. *
                                *
Defendant                       *
************************************

## JUDGMENT

Pursuant to the parties' "Confidential Settlement Agreement and Release of All Claims" **(Docket # 13)**, and in accordance with Fed. R. Civ. P. 41(a)(2), the above-captioned action is hereby **DISMISSED WITH PREJUDICE.** Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27TH day of August, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)